United States District Court
Southern District of Texas
**ENTERED**
July 14, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALUFASE USA LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-77 |
| | § | |
| VICTOR B. PALMA, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On May 6, 2016, the Magistrate Judge issued a Memorandum and Recommendation recommending that Plaintiff's motion be dismissed, but that Plaintiff be allowed to amend its pleadings in conformity with the RICO standing order. Plaintiff objected to the recommendation, but complied with the court's recommendation and filed an amended complaint on May 26, 2016. Having considered the recommendation and Plaintiff's objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court regarding Plaintiff's need to file an amended complaint and that Plaintiff's objections are therefore **OVERRULED**. However, because Plaintiff complied with the court's recommendation that it replead, Defendant's motion to dismiss is now **MOOT**.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED IN PART**.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this **14th** day of July, 2016.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE