United States District Court
Southern District of Texas
**ENTERED**
December 28, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALUFASE USA LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-77 |
| | § | |
| VICTOR B. PALMA, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 60) and finding no objections filed thereto, the court is of the opinion that the Memorandum and Recommendation should be adopted by this court.

The Memorandum and Recommendation is hereby **ADOPTED** by this court. An entry of default will be entered by separate order.

**SIGNED** at Houston, Texas, this 28th day of December, 2016.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE