United States District Court
Southern District of Texas
**ENTERED**
January 04, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALUFASE USA LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-77 |
| | § | |
| VICTOR B. PALMA, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

The Court has conducted a de novo review of the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 59) and Plaintiff's objections thereto. The court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

Accordingly, the Memorandum and Recommendation is hereby **ADOPTED** by this court. Therefore, Defendants' motion to dismiss is **DENIED**, Plaintiff's motion to strike is **DISMISSED** as moot, Plaintiff's motions for entry of default against Defendants Palma and Royal Paradise are **DENIED**, and Plaintiff's motion for extraordinary relief is **DENIED**. The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this __4th__ day of January, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE